GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1


FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 AUG 21 A 10: 18

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

Southern District of Georgia
Augusta Division

| | |
|---|---|
| UNITED STATES OF AMERICA <br> **v.** <br> Antonio Maurice Jones <br> aka "Peanut" | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number:     1:12CR00052-1

USM Number:     17339-021

Katrell Nash
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | May 24, 2017 |

See page two for additional violations

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 8787

Defendant's Year of Birth: 1988

City and State of Defendant's Residence:

Augusta, Georgia

August 15, 2017
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Name and Title of Judge

8/21/2017

Date

DEFENDANT:        Antonio Maurice Jones, aka "Peanut"
CASE NUMBER:      1:12CR00052-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to pay a monetary penalty as directed by the Court (mandatory condition). | May 24, 2017 |
| 3 | The defendant committed another federal, state, or local crime (mandatory condition). | May 12, 2017 |
| 4 | The defendant failed to refrain from unlawful possession of a controlled substance (special condition). | May 12, 2017 |
| 5 | The defendant failed to abide by a curfew as directed by the Court (special condition). | May 12, 2017 |

DEFENDANT:     Antonio Maurice Jones, aka "Peanut"
CASE NUMBER:     1:12CR00052-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     12 months, with no supervision to follow.

☐     The court makes the following recommendations to the Bureau of Prisons:

☒     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐     at      ☐     a.m. ☐     p.m.     on

    ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐     before 2 p.m. on

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on      to

at      , with a certified copy of this judgment.

UNITED STATES MARSHAL

By

DEPUTY UNITED STATES MARSHAL